FORM 1

UNITED STATES COURT OF INTERNATIONAL TRADE
- - - - - - - - - - - - - - - - - - - - - - - x

**THE MEAD CORPORATION**

                      Plaintiff,

      v.

UNITED STATES,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - x      S U M M O N S

TO: THE ATTORNEY GENERAL AND THE SECRETARY OF THE TREASURY

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest the denial of the protest specified below (and the protests listed on the attached schedule).

*Joseph E. Lombardi*
JOSEPH E. LOMBARDI, CLERK OF THE COURT

| PROTEST | |
|---|---|
| Port of Entry: Kansas City | Date Protest Filed: 09/18/95 |
| Protest Number: 4501-95-100100 | Date Protest Denied: 10/04/95 |
| Importer: The Mead Corporation | |
| Category of Merchandise: Day Planners | |

| ENTRIES INVOLVED IN ABOVE PROTEST | | | | | |
|---|---|---|---|---|---|
| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| 595-0193569-2 | 03/07/95 | 06/23/95 | 595-0197037-6 | 04/12/95 | 07/28/95 |
| 595-0196161-5 | 04/04/95 | 07/21/95 | 595-0199001-0 | 05/04/95 | 08/18/95 |
| 595-0196483-3 | 04/11/95 | 07/28/95 | | | |

| | |
|---|---|
| U.S. Customs Service<br>2701 Rockcreek Pkwy., Ste 202<br>North Kansas City, MO  64116 | Sidney H. Kuflik<br>Lamb & Lerch<br>233 Broadway, 51st Floor<br>New York, N.Y.  10279<br>(212) 608-2700 |
| Address of Customs District in Which Protest Was Denied | Name, Address and Telephone Number of Plaintiff's Attorney |

(See reverse side)

1-5

## CONTESTED ADMINISTRATIVE DECISION

### APPRAISED VALUE OF MERCHANDISE

| | STATUTORY BASIS | STATEMENT OF VALUE |
|---|---|---|
| Appraised: | | |
| Protest Claim: | | |

### CLASSIFICATION, RATE OR AMOUNT

| Merchandise | ASSESSED | | PROTEST CLAIM | |
|---|---|---|---|---|
| | Item or Heading Number | Rate | Item or Heading Number | Rate |
| Day Planners | 4820.10.2010 | 3.6% | 4820.10.4000 | Duty Free |

### OTHER

State specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Customs incorrectly concluded that 1) the imported day planners were diaries rather than articles similar to diaries and 2) that the day planners were bound. Since the day planners are articles similar to diaries and/or are not bound they are not classifiable as assessed, but are classifiable under subheading 4820.10.4000, HTSUS.

The issue which was common to all such denied protests:
Is the subject merchandise classifiable as a bound diary under subheading 4820.10.2010, HTSUS, or under the residual "other" basket provision for heading 4820, namely, subheading 4820.10.4000, HTSUS?

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person on the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____      _____
Date                                              Signature of Plaintiff's Attorney