FORM 5

UNITED STATES COURT OF INTERNATIONAL TRADE
INFORMATION STATEMENT                                S 3

| PLAINTIFF: | ATTORNEY: (Name, Address and Telephone No.) |
|---|---|
| The Mead Corporation<br>World Headquarters<br>Court House Plaza Northwest<br>Dayton, OH  45463 | Sidney H. Kuflik, Esq.<br>Lamb & Lerch<br>233 Broadway, 51st Floor<br>New York, New York  10279<br>Tel.: (212) 608-2700 |

(Place an X in applicable [ ])

| JURISDICTION |
|---|
| 28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515<br>　　[ ] Appraisal　　　　[X] Classification　　　[ ] Charges or Exactions<br>　　[ ] Liquidation　　　[ ] Redelivery　　　　　[ ] Refusal to Reliquidate<br>　　[ ] Exclusion　　　　[ ] Drawback　　　　　　[X] Rate of Duty |
| 28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516<br>　　[ ] Appraisal　　　　　[ ] Classification　　　　[ ] Rate of Duty |
| 28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. § 1516a (Provide a brief description of the administrative determination you are contesting, including the relevant *Federal Register* citation(s) and the product(s) involved in the determination.  For Section 516(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)<br>Subparagraph and Clause _____ Agency _____<br>*Federal Register* Cite(s) _____<br>Product(s) _____ |
| 28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2371<br>　　　[ ] Secretary of Labor　　　[ ] Secretary of Commerce |
| 28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515 (Provide a brief statement of the final determination to be reviewed.) |
| 28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)<br>　　Agency involved:　　　[ ] I.T.C.　　　[ ] Administering Authority |
| 28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641<br>　　　[ ] (1) Section 641(a)　　　[ ] (2) Section 641(b) |

(Continued on reverse side)

## JURISDICTION
(Continued)

28 U.S.C. § 1581(h) - Ruling relating to:

[ ] Classification     [ ] Valuation     [ ] Restricted Merchandise

[ ] Rate of Duty     [ ] Marking     [ ] Entry Requirements

[ ] Drawbacks     [ ] Vessel Repairs     [ ] Other: _____

---

28 U.S.C. § 1581(i) - (Cite any applicable statute and provide a brief statement describing jurisdictional basis.)

---

28 U.S.C. § 1582 - Actions Commenced by the United States

[ ] (1) Recover civil penalty under Tariff Act of 1930:

    [ ] Section 592     [ ] Section 704(i)(2)     [ ] Section 734(i)(2)

[ ] (2) Recover upon a bond

[ ] (3) Recover customs duties

## RELATED CASE(S)

To your knowledge, does this action involve a common question of law or fact with another action(s) previously decided or now pending?

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [ ] Decided: | | | |
| [X] Pending: | The Mead Corporation | 95-05-00643<br>95-10-01334 | |

(Attach additional sheets, if necessary.)