FORM 13

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza - Room 397
New York, New York  10007

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST

This notification is submitted by ___Sidney H. Kuflik_____
(Name of Attorney of Record)

on behalf of ___The Mead Corporation_____

in the matter of ___The Mead Corporation_____

v. ___The United States_____,

Court Number _____.

1. If this statement is submitted on behalf of a corporate party, indicate whether
   the party is [  ] or is not [x] a subsidiary or affiliate of a publicly-owned
   corporation.  If so, identify below the parent or affiliate and describe the
   relationship between the party and the parent or affiliate corporation.

   _____
   _____
   _____.

2. If the action is one described in 28 U.S.C. § 1581(a) or (b), indicate whether
   the plaintiff is [x] or is not [  ] the ultimate consignee or real party in
   interest.  If not, identify below the ultimate consignee or real party in
   interest.

   _____
   _____
   _____.

3. If this statement is submitted on behalf of a trade association, identify below
   each publicly-owned member of the trade association.  (Attach additional pages,
   if necessary.)

   _____
   _____
   _____
   _____
   _____.

_____          _____
(Signature of Attorney)                      (Date)

(See Instructions on Reverse Side)

FORM 13                                                          Page 2

## INSTRUCTIONS FOR USE

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTEREST*

1. When a corporation is a party to any action and the corporation is a subsidiary or affiliate of any publicly-owned corporation not named in the action, the attorney for the party shall notify the clerk of the court in writing of the identity of the parent or affiliate corporation and the relationship between the party and the parent or affiliate corporation.

2. When the action is one described in 28 U.S.C. § 1581(a) or (b), the attorney for plaintiff shall, in addition to the information required in paragraph 1, notify the clerk of the court in writing of the identity of the ultimate consignee or real party in interest if different from the named plaintiff.

3. When a trade association is a party to an action, the attorney for the trade association shall notify the clerk of the court in writing of the identity of each publicly-owned member of the trade association.

4. The notification required of a corporate party or trade association also shall be made by the attorney for any corporation or trade association seeking to intervene, or appear as amicus curiae, in any action.

5. The required notification shall be made on a Disclosure form (see reverse side) to be provided by the clerk of the court when the first pleading or other paper is filed by a party or when a motion to intervene or appear as amicus curiae is filed.

*See generally:  28 U.S.C. § 455.

Jan. 1982