ORIGINAL

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE GREGORY W. CARMAN, CHIEF JUDGE**

| | | |
|---|---|---|
| THE MEAD CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Court No. 95-12-01783 |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | Test Case |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION TO ENTER JUDGMENT ORDER IN CIVIL ACTION 95-12-01783

Pursuant to Rules 1 and 58 of the Rules of the U.S. Court of International Trade, plaintiff hereby moves to have the Court enter Judgment Order in the above-referenced test case. The case concerns the proper classification of day planners imported by plaintiff. The U.S. Court of Appeals for the Federal Circuit ("CAFC") issued a decision on March 8, 2002 holding that the day planners embraced by this civil action were wrongly classified under HTSUS subheading 4820.10.20, which carried a 4.0% rate of duty. The CAFC ruled that the day planners were properly classifiable under HTSUS subheading 4820.10.40, a duty free provision. The Mead Corporation v. United States, 283 F.3d 1342 (2002). The CAFC decision became final on June 7, 2002.

In light of that decision, plaintiff respectfully requests that this Court enter judgment ordering the U.S. Customs Service to reliquidate the entries embraced by this test case so that the day planners are correctly classified under the duty free HTSUS subheading 4820.10.40 tariff provision, with the refund of duties receiving appropriate

-44-

interest payments as provided by law.  A proposed Judgment Order to that effect is attached.

Counsel for defendant, Amy M. Rubin, Esq., has reviewed this motion and attached Judgment Order and consents to the issuance of the proposed Judgment Order.

WHEREFORE, based upon the foregoing plaintiff respectfully requests that attached Judgment Order be entered in the above-referenced civil action.

Respectfully submitted,

Sidney H. Kuflik
Lamb & Lerch
Attorneys for The Mead
  Corporation
233 Broadway, 51st Floor
New York, N.Y. 10279
Tel.: (212) 608-2700

Dated:  August 28, 2002

## CERTIFICATE OF SERVICE

I, Nancy Chiaramonte, hereby certify that I am an employee with the law firm of Lamb & Lerch, with offices located at 233 Broadway, New York, NY 10279, and that on August 28, 2002 on behalf of The Mead Corporation, plaintiff herein, I served the annexed papers upon the attorney for the defendant:

Amy M. Rubin
Assistant Attorney General, Civil Division
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza
New York, New York 10278

by hand delivering said papers to the above-listed address.

Nancy Chiaramonte

COPY TO: Judge Caiman