**ORIGINAL**

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE GREGORY W. CARMAN, CHIEF JUDGE

| | |
|---|---|
| THE MEAD CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) Court No. 95-12-01783 <br> v. ) <br> ) <br> THE UNITED STATES, ) Test Case <br> ) <br> Defendant. ) <br> ) | |

### JUDGMENT ORDER

Based upon the decision of the United States Court of Appeals for the Federal Circuit in <u>The Mead Corporation v. United States</u>, 283 F.3d 1342 (2002), which held that plaintiff's day planner model numbers 47062, 47102, 47104, 47124, and 47192 are properly classifiable under HTSUS subheading 4820.10.40, duty free, it is hereby

ORDERED, ADJUDGED and DECREED that the U.S. Customs Service shall reliquidate the entries embraced by this test case in accordance with the above-cited Court of Appeals decision, and it is further

ORDERED, ADJUDGED AND DECREED that all refunds shall be payable with interest as provided by law.

/S/ Gregory W. Carman
Chief Judge

Dated: Sept 3, 2002
New York, New York

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed endorsed penalty cover in a United States mail receptacle at One Federal Plaza, New York, New York 10007 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

Leo M. Gordon
Clerk of the Court

Date: 9-6-02

By: _____
Deputy Clerk