# UNITED STATES COURT OF INTERNATIONAL TRADE

| 95-12-01783 | 120    180 | |
|---|---|---|
| Docket Number | 28 USC 1581(a) Jurisdiction | Judge |

| Short Title |
|---|
| THE MEAD CORPORATION        v.   UNITED STATES |

| Administrative Investigation Information |
|---|
| DAY PLANNERS |

Government Agency: Treasury ( X )   I.T.C. (  )   D.O.C. (  )   D.O.L. (  )   Other (  )

Fee Paid 120.00   Receipt No. 9173   Date 12/26/95   Jury Demand (  )

Title

THE MEAD CORPORATION

PLAINTIFF(S)
v.

UNITED STATES

AMICUS CURIAE:

Filofax Inc.

DEFENDANT(S)

DS-1A (7/93 1M)

| Attorneys | |
|---|---|
| Plaintiff(s) | Defendant(s) |
| Sidney H. Kuflik, Esq.<br>Lamb & Lerch<br>233 Broadway, 51st Floor<br>New York, New York 10279<br>(212) 608-2700 | for Filofax:<br><br>Charles H. Bayar<br>P.O. Box 4527<br>Grand Central Station<br>New York, NY 10163<br>(212) 867-0025 |
| Plaintiff(s) | Defendant(s) |

| Docket Number | Plaintiff |
|---|---|
| 95-12-01783 | THE MEAD CORPORATION |

| Date (Filing/Entry) | Proceedings | Int. |
|---|---|---|
| (1) Dec 26/95 | Summons filed. | dk |
| (2) 3-7-1996 | COMPLAINT Filed | JB |
| (3) May 2/96 | Deft filed consent motion for EOT until Jun 5/96 to respond to Pltf's Complaint. | sg |
| (4) May 7/96 | Deft's consent motion for EOT until Jun 5/96 GRANTED. | sg |
| (5) May 10/96 | Pltf filed Motion for Summary Judgment and Brief in support of Motion for Summary judgment and Exhibits.(1 box) | dk |
| (6) Jun 5/96 | Deft filed Answer. | sg |
| (7) Jun 7/96 | Deft filed consent motion for EOT until Aug 9/96 to file its response to Pltf's motion for summary judgment. | sg |
| (8) Jun 11/96 | Deft's consent motion for EOT until Aug 9/96 GRANTED. | sg |
| (9) Aug 2/96 | Deft filed consent motion for EOT until Aug 24/96 to respond to Pltf's motion for Summary Judgement. | rp |
| (10) Aug 6/96 | Deft's consent motion for EOT until Aug 24/96 GRANTED. | rp |
| (11) Aug 26/96 | Deft filed cross-motion for summary judgment (Exhibits and Memorandum in Support Attached). | ws |
| (12) Sep 9/96 | Pltf filed motion to designate this action a test case and to suspend thereunder civil actions 95-05-00643, 95-10-01334 and 96-05-01301. | ws |
| (13) Sep 26/96 | Pltf filed consent motion for EOT until Oct 30/96 to respond to Deft's cross-motion for summary judgment. | ws |
| (14) Oct 8/96 | Pltf's consent motion for EOT until Oct 30/96 GRANTED. | ws |
| (15) Oct 15/96 | MUSGRAVE. | km |
| (16) Oct 30/96 | Pltf filed response to Deft's statment of material facts as to which there are no genuine issues to be tried. | ws |
| (17) Oct 30/96 | Pltf filed response to Deft's cross-motion for summary judgment and reply to Deft's opposition to Pltf's motion for summary judgment (Pltf's documentary exhibits P.E.s 31-38, 41,42 and 40, 39 Attached) | ws |

DS-2 (7/92 2M)

| 95-12-01783 Docket Number | Mead Plaintiff | |
|---|---|---|
| Date (Filing/Entry) | Proceedings | Int. |
| (18) Oct 30/96 | ORDERED: Pltf's motio to designate this action a test & suspend others thereunder GRANTED. w/schedule. | km |
| (19) Oct 30/96 | FILOFAC INC., filed motion for leave to file brief as amicus curiae. | ws |
| (20) Oct 31/96 | Deft filed opposition to Filofax Inc., motion for leave to file brief as amicus curiae. | ws |
| (21) Nov 4/96 | Pltf filed response to motion of FILOFAX INC. for leave to file as amicus curiae. | sg |
| (22) Nov 8/96 | Deft filed consent motion for EOT until Dec 14/96 to reply to Pltf's response to Deft's cross-motion for summary judgment. | ws |
| (23) Nov 13/96 | ORDERED: FILOFAX's motion for leave to file brief as Amicus Curiae GRANTED. | km |
| (24) Nov 13/96 | Filofax's brief deeemed filed. | km |
| (25) Nov 15/96 | Deft's motion for EOT utnil 12/14/96 to file reply to XSJ GRANTED. | km ② |
| (26) ToWit: Dec 10/96 | Deft filed reply to Pltf's opposition to its cross-motion for summary judgment. (Exhibit Attached). | ws |
| (27) Dec 26/96 | Pltf filed motion to file sur-reply to Deft's reply to its opposition to Deft's cross-motion for SJ. | ws |
| (28) Jan 8/97 | Deft filed response to Pltf's motion for leave to file a sur-reply to Deft's cross-motion for SJ. | ws ② |
| (29) Jan 21/97 | ORDERED: Pltf's motio for leave to file sur-reply GRANTED. | km |
| (30) Jan 21/97 | ORDERED: Pltf's sur-reply deemed filed. | km ② |
| (31) Oct 22/97 | RE- | |
| (32) Dec 24/97 | Deft filed letter regarding withdrawl of arguments that conflict with decision in ROLLERBLADE v. U.S. | rr |

DS-2 (7/92 2M)

| 95-12-01783 Docket Number | The Mead Corporation, Plaintiff | |
|---|---|---|
| Date (Filing/Entry) | Proceedings | Int. |
| (33) July 15/98 | Slip Op. 98-101; ORDERED: that deft's cross-motion for summary judgemnt is GRANTED and the action is hereby DISMISSED. | st |
| (34) Sept 9/98 | Pltf filed notice of appeal. | rr |
| (35) Sept 25/98 | CAFC assigned No. 98-1569. | cw |
| (36) Aug 6/99 | CAFC DECISION - REVERSED on 7/28/99. | cw |
| (37) Nov 8/99 | CAFC issued as a Mandate. (98-1569) | cw |
| Feb 29/00 | Writ of Certiorari filed. (99-1434 - U.S. Supreme Court Docket No.) | cw |
| May 30/00 | Writ of Certiorati GRANTED by U.S. Supreme Court. | cw |
| (38) Dec 1/00 | Pltf's motion for suspension. w/3 others 99-09-00572, 00-03-00092 and 00-11-00534 | cw |
| (39) Jan 4/01 | Pltf's motion for suspension GRANTED. w/3 others. | cw |
| (40) Aug 9/01 | Supreme Court recalled mandate and the appeal is reinstated. | cw |
| (41) Oct 10/01 | RE-ASSIGNED TO CHIEF JUDGE CARMAN | cw |
| (42) Mar 12/02 | CAFC decision of March 8, 2002 - REVERSED. | cw |
| (43) May 3/02 | CAFC issued Mandate on April 30, 2002. | cw |
| (44) Aug 28/02 | Pltf filed consent motion to enter judgment order in civil action 95-12-01783 | cw |
| (45) Sept 6/02 | Pltf's consent motion to enter judgment (#44)GRANTED. ORDERED: the U.S. Customs Service shall reliquidate the entries embrased by this test case in accordance with the Court of Appeals decision. ORDERED: that all refunds shall be payable with interest as provided by law. | st |

DS-2 (7/92 2M)